DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERICH WILLIAM MASHMEIER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0269

[March 19, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael James Linn, Judge; L.T. Case No. 562022CF002102AXXXXX.

Daniel Eisinger, Public Defender, and Devin Michael Johnson, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Mary Elizabeth Johnson, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and SHEPHERD, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***